AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**OFFENSE CHARGED**
21 U.S.C. § 846, 841(a)(1), (b)(1)(C) – Conspiracy to Distribute a Mixture and Substance Containing Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Maximum Penalties: 20 years in prison; $1 million fine; minimum of 3 years of supervised release up to lifetime supervised release; $100 special assessment; and mandatory and discretionary denial of federal benefits upon conviction of drug offenses.

**DEFENDANT - U.S**
NATALIE MARIE GONZALEZ

**DISTRICT COURT NUMBER**
CR 23 0345 TLT

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Drug Enforcement Administration (DEA)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: ISMAIL J. RAMSEY
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Daniel Pastor, AUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year 9/13/2023
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

FILED
OCT 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 841(a)(1), (b)(1)(C) – Distribution of a Mixture and Substance Containing Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Penalties: 20 years in prison; $1 million fine; minimum of 3 years of supervised release up to lifetime supervised release; $100 special assessment; and mandatory and discretionary denial of federal benefits upon conviction of drug offenses.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S.**
FREDERICK CARL GAESTEL

DISTRICT COURT NUMBER
CR 23 0345 TLT

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Drug Enforcement Administration (DEA)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: ISMAIL J. RAMSEY
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Daniel Pastor, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Northern District of California

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST: Month/Day/Year 9/13/2023
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY: Month/Day/Year

FILED
OCT 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
Bail Amount: 

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 841(a)(1), (b)(1)(C) – Distribution of a Mixture and Substance Containing Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Penalties: 20 years in prison; $1 million fine; minimum of 3 years of supervised release up to lifetime supervised release; $100 special assessment; and mandatory and discretionary denial of federal benefits upon conviction of drug offenses.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S.**
▶ MATTHEW THOMAS SESTAK

DISTRICT COURT NUMBER
CR 23 0345 TLT

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Drug Enforcement Administration (DEA)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   ISMAIL J. RAMSEY
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Daniel Pastor, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

F I L E D
OCT 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 841(a)(1), (b)(1)(C) – Distribution of a Mixture and Substance Containing Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Penalties: 20 years in prison; $1 million fine; minimum of 3 years of supervised release up to lifetime supervised release; $100 special assessment; and mandatory and discretionary denial of federal benefits upon conviction of drug offenses.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S.**

▶ RORY SPENCER RICKEY

DISTRICT COURT NUMBER

CR 23 0345 TLT

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Drug Enforcement Administration (DEA)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: ISMAIL J. RAMSEY

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Daniel Pastor, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year  9/13/2023

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

FILED
OCT 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:       Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

NATALIE MARIE GONZALEZ,
FREDERICK CARL GAESTEL,
MATTHEW THOMAS SESTAK, and
RORY SPENCER RICKEY,

DEFENDANT(S).

CR 23 0345
FILED  TLT

OCT 05 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

## INDICTMENT

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) – Conspiracy to Distribute a Mixture and Substance Containing Methamphetamine;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of a Mixture and Substance Containing Methamphetamine;
21 U.S.C. § 853 – Forfeiture Allegation

---

A true bill.

*Foreperson of the Grand Jury*
Foreman

Filed in open court this ___5th___ day of

October, 2023.

*Ivy L. Garcia* 10/5/23
Clerk

Bail, $ Warrant for △ Sestak
10/5/23   no process for As
Gonzalez, Gaestel +
Hon. Donna M. Ryu, Chief Magistrate Judge    Rickey

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2

3
                                                                    **FILED**
4
                                                                  OCT 05 2023 BAR
5
                                                              CLERK, U.S. DISTRICT COURT
6                                                            NORTHERN DISTRICT OF CALIFORNIA

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION                  **TLT**

11

12  UNITED STATES OF AMERICA,              ) CASE NO. **CR 23 0345**
                                           )
13          Plaintiff,                     )
                                           ) VIOLATIONS:
14     v.                                  ) 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) – Conspiracy
                                           ) to Distribute a Mixture and Substance Containing
15  NATALIE MARIE GONZALEZ,                ) Methamphetamine;
    FREDERICK CARL GAESTEL,                )
16  MATTHEW THOMAS SESTAK, and             ) 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of
    RORY SPENCER RICKEY,                   ) a Mixture and Substance Containing
17                                         ) Methamphetamine;
            Defendants.                    )
18                                         ) 21 U.S.C. § 853 – Forfeiture Allegation
                                           )
19                                         ) [SAN FRANCISCO VENUE]
   _____)

20                                    I N D I C T M E N T

21  The Grand Jury charges:

22  COUNT ONE:        (21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) – Conspiracy to Distribute a Mixture and
                      Substance Containing Methamphetamine)
23
         1.      Beginning on a date unknown to the Grand Jury, but no later than April 14, 2023, and
24
    continuing through at least September 13, 2023, in the Northern District of California and elsewhere, the
25
    defendants,
26
                                  NATALIE MARIE GONZALEZ,
27                                 FREDERICK CARL GAESTEL,
                                    MATTHEW SESTAK, and
28                                  RORY SPENCER RICKEY,

                                                   1
    INDICTMENT

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

COUNT TWO: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) –Distribution of a Mixture and Substance Containing Methamphetamine)

    2. On or about April 14, 2023, in the Northern District of California, the defendant,

MATTHEW THOMAS SESTAK,

did knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT THREE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of a Mixture and Substance Containing Methamphetamine)

    3. On or about June 14, 2023, in the Northern District of California, the defendant,

FREDERICK CARL GAESTEL,

did knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT FOUR: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of a Mixture and Substance Containing Methamphetamine)

    4. On or about August 24, 2023, in the Northern District of California, the defendant,

RORY SPENCER RICKEY,

did knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION: (21 U.S.C. § 853(a))

5. The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

6. Upon conviction of any of the offenses alleged in Counts One through Four above, the defendants,

> NATALIE MARIE GONZALEZ,
> FREDERICK CARL GAESTEL,
> MATTHEW SESTAK, and
> RORY SPENCER RICKEY,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

7. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred, or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p). All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: October 5, 2023                                A TRUE BILL.

                                                     /s/ Foreperson
                                                     _____
                                                     FOREPERSON

3

INDICTMENT

1  ISMAIL J. RAMSEY
   United States Attorney
2
3
4  _/s/ Daniel Pastor_____
   DANIEL PASTOR
5  Assistant United States Attorney
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                                4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

OCT 0 5 2023 BAR

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NAME:** USA V. NATALIE MARIE GONZALEZ ET AL.

**CASE NUMBER:** CR 23 0345 TLT

| Question | Answer |
|---|---|
| This Case Under Seal? | No ✓ |
| Total Number of Defendants: | 2-7 ✓ |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓ |
| Is this a potential high-cost case? | No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | No ✓ |
| Is this a RICO Act gang case? | No ✓ |

**Assigned AUSA (Lead Attorney):** Daniel Pastor

**Date Submitted:** 10/05/2023

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF